AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>WALTER DONNELL WILLIAMS,<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 19-6350-Hunt<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 10, 2019 to July 17, 2019__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute cocaine base, commonly referred to as "crack cocaine," and heroin. |

This criminal complaint is based on these facts:
Please see attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature
Justin Herzlich, SA ATF
Printed name and title

Sworn to before me and signed in my presence.

Date: 07/23/2019

_____
Judge's signature

City and state: Ft. Lauderdale, Florida
Patrick M. Hunt, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Justin Herzlich, being duly sworn, depose and state as follows:

1. I am a Special Agent with the United States Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and have been since approximately 2007. Previously, I was a law enforcement officer in South Florida for over 12 years. Currently, I am assigned to the High Intensity Drug Trafficking Area Task Force. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), in that I am empowered by law to conduct investigations of, and make arrests for firearms offenses enumerated in Title 18 of the United States Code and narcotics offenses, including violations of Title 21 of the United States Code.

2. The facts contained in this Affidavit are based on my personal knowledge, as well as information relayed to me by other law enforcement personnel involved in this investigation. This Affidavit is being submitted for the sole purpose of establishing probable cause to believe that WALTER DONNELL WILLIAMS did knowingly and willfully possess with intent to distribute controlled substances, specifically, cocaine base, commonly referred to as crack cocaine, and heroin, in violation of Title 21, United States Code, Section 841(a)(1). Accordingly, it does not contain every fact relating to this investigation of which I am aware.

3. In May 2019, a confidential informant ("CI") told law enforcement about an individual, known to the CI, who sold narcotics. Based on the telephone number and street address the CI provided, law enforcement identified the individual as WILLIAMS through the use of law enforcement databases.

4. Between June 10 and June 12, 2019, the CI, acting at the direction of law enforcement, placed recorded calls to WILLIAMS to arrange for the purchase of 1/4 ounce of

crack cocaine for approximately $250. On June 12, 2019, an undercover law enforcement officer ("UC") and the CI met with WILLIAMS behind his residence at 2228 Douglas Street, Hollywood, Florida. During the meeting, which was recorded, WILLIAMS gave the CI a clear plastic bag containing suspected crack cocaine in exchange for $240. The contents of the bag were later tested and determined to be approximately 6 grams of crack cocaine.

5. Between June 15 and June 18, 2019, the CI placed recorded calls with WILLIAMS to arrange the purchase of an ounce of crack cocaine for $1,050. On June 18, 2019, the UC and CI met WILLIAMS behind his residence. During the meeting, which was recorded, WILLIAMS provided the CI a plastic bag containing suspected crack cocaine in exchange for $1,050. The contents of the plastic bag were later tested and found to be approximately 27 grams of crack cocaine.

6. Between June 18 and June 21, 2019, CI placed recorded calls with WILLIAMS to arrange a purchase of crack cocaine as well as heroin. On June 21, 2019, the UC and CI met with WILLIAMS behind his residence. WILLIAMS initially met with the UC and CI and said that someone else would be bringing the heroin. WILLIAMS then went inside his residence. WILLIAMS came out shortly thereafter and handed the CI a plastic bag containing suspected crack cocaine in exchange for $500. The contents of the plastic bag were later tested and found to be approximately 13 grams of crack cocaine.

7. After this exchange, WILLIAMS entered the UC's vehicle and directed the UC to drive to a nearby Cumberland Farms, located at 2526 Sheridan Street, Hollywood, Florida. Once they arrived, WILLIAMS exited the vehicle and met with another individual. A short time later, WILLIAMS reentered the UC's vehicle and gave the CI a clear plastic bag containing suspected

heroin. The contents of the plastic bag were later tested and found to be approximately 7 grams of a mixture containing heroin and fentanyl.

8.  Between July 16 and July 17, 2019, the CI placed recorded calls with WILLIAMS to arrange a purchase of 1/2 ounce of crack cocaine. On July 17, 2019, a second law enforcement officer, acting in an undercover capacity, drove the CI to WILLIAMS's residence. While the officer waited in the vehicle, the CI and met with WILLIAMS, who was sitting in a chair in the back yard. The meeting was recorded. WILLIAMS handed the CI a plastic bag containing suspected cocaine in exchange for $550, and WILLIAMS and the CI discussed obtaining a firearm for the CI. The CI then told WILLIAMS that the bag looked "skinny" (i.e., seemed to contain less than 1/2 ounce). WILLIAMS took back the plastic bag, walked over to the back door of the residence, opened the door, and reached inside. WILLIAMS first obtained a firearm, showed it to the CI, and told the CI he would get the CI something like that. WILLIAMS then obtained small pieces of suspected crack cocaine from inside the residence, placed them in the plastic bag, and gave the bag back to the CI. The contents of the plastic bag later field tested positive for the presence of cocaine.

9.      Based on the foregoing facts, I respectfully submit that there is probable cause to believe that WALTER DONNELL WILLIAMS, did knowingly and willfully possess with intent to distribute controlled substances, specifically, cocaine base, commonly known as crack cocaine, and heroin, in violation of Title 21, United States Code, Section 841(a)(1).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
SPECIAL AGENT JUSTIN HERZLICH
BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES

Sworn to and subscribed before me this
23d day of July 2019.
_____
HONORABLE PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

4